854

MARIE G. BRANDESS and Another, Respondents, v. E. A. STROUT REALTY AGENCY, INC., and Others, Appellants.— Order denying defendants' motion for a change of venue from New York county to the county of Ulster unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

IRVING D. SPEYER and Others, Copartners, etc., Respondents, v. WILLIAM H. NOYES, Appellant.— Order, so far as appealed from, granting plaintiffs' motion for a bill of particulars unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The bill of particulars to be served within ten days after service of order. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

PASQUALE I. SIMONELLI, Respondent, v. THE WESTERN ASSURANCE COMPANY, Appellant.— Order granting plaintiff's motion for an order directing the issuance of a commission to the American Consul at Naples, Italy, to take the testimony of plaintiff upon written interrogatories unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HELLER HARDWARE CO., INC., and Others, Respondents, v. THE BROOKLYN NATIONAL BANK OF NEW YORK, Appellant, Impleaded with Others.— Order denying motion of defendant-appellant for an examination before trial of the plaintiffs unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MARINA YURLOVA, Respondent, v. LIBERTY PUBLISHING CORPORATION, Appellant, Impleaded with Another.— Order denying motion of defendant-appellant for a bill of particulars unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE KELLY-SPRINGFIELD TIRE COMPANY, Appellant, v. WINTHROP TIRE AND SUPPLY CO., INC., and Others, Respondents.— Order granting defendants' motion for examination of plaintiff before trial unanimously modified by directing that the plaintiff be examined, first through its president and then in succession through its treasurer, its general sales manager and all other officers if the necessity therefor arises, and, as so modified, affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of GODWIN CONSTRUCTION COMPANY, Respondent, for an Order, Pursuant to Section 21, Subdivision 7, of the Lien Law, Summarily Discharging of Record the Alleged Lien Claimed by GRAVES-QUINN CORPORATION, Appellant.— Order granting motion of petitioner to discharge a lien filed by the Graves-Quinn Corporation in the office of the comptroller of the city of New York on May 11, 1936, against the contract made between the petitioner and the Tri-Borough Bridge Authority, and discharging the undertaking filed on May 22, 1936, by the petitioner to discharge said lien, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.